# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED MAY 20, 2021

## NO. 03-19-00469-CV

**Andrew Sansom; Heinz Stefan Roesch; Bee Spring, Ltd.; Hays County; and City of Kyle, Appellants**

**v.**

**Texas Railroad Commission; Christi Craddick, in Her Official Capacity as Commissioner of The Texas Railroad Commission; Wayne Christian, in His Official Capacity as Commissioner of The Texas Railroad Commission; Wei Wang, in His Official Capacity as Executive Director of The Texas Railroad Commission; Kari French, in Her Official Capacity as Director of The Oversight and Safety Division—Pipeline Safety of The Texas Railroad Commission; Permian Highway Pipeline, LLC; and Kinder Morgan Texas Pipeline, LLC, Appellees**

**APPEAL FROM THE 345TH DISTRICT COURT OF TRAVIS COUNTY
BEFORE JUSTICES GOODWIN, TRIANA, AND SMITH
AFFIRMED -- OPINION BY JUSTICE SMITH;
CONCURRING OPINION BY JUSTICE GOODWIN**

This is an appeal from the judgment signed by the trial court on July 5, 2019. Having reviewed the record and the parties' arguments, the Court holds that there was no reversible error in the trial court's judgment. Therefore, the Court affirms the trial court's judgment. The appellants shall pay all costs relating to this appeal, both in this Court and in the court below.